Jane DOE No. 14, Plaintiff–Appellant,

v.

INTERNET BRANDS, INC.,
dba Modelmayhem.com,
Defendant–Appellee.

No. 12–56638.

United States Court of Appeals,
Ninth Circuit.

Feb. 24, 2015.

Arick Fudali, Jeff Herman, Stuart S. Mermelstein, Herman Law, Boca Raton, FL, Kevin M. McGuire, Esquire, Senior, The McGuire Law Firm, Temecula, CA, Jeffrey D. Herman, Esquire, Thorp, Dennett, Purdy, Golden & Jewett, Springfield, OR, for Plaintiff–Appellant.

Jonathan H. Blavin, Daniel Paul Collins, Munger, Tolles & Olson LLP, Los Angeles, CA, Wendy Evelyn Giberti, Esquire, Igeneral Counsel, PC, Beverly Hills, CA, for Defendant–Appellee.

Before: SCHROEDER and CLIFTON, Circuit Judges, and COGAN, District Judge.[*]

---

[*] The Honorable Brian M. Cogan, District Judge for the U.S. District Court for the Eastern District of New York, sitting by designation.

ORDER

Defendant–Appellee Internet Brands Inc.'s Petition for Rehearing, filed October 31, 2014, is GRANTED. The Petition for Rehearing En Banc is DENIED as moot. The opinion filed on September 17, 2014 is withdrawn.

The matter is set for argument on Wednesday, March 18, 2015, at 2:30 p.m. in San Francisco. Amici curiae previously granted leave to file a brief may participate at oral argument if Defendant–Appellee elects to share a portion of its time for argument.